**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Jimmy Krein, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary L. Hertz, | ) | Case No. 1:06-cv-055 |
| | ) | |
| Defendant. | ) | |

On March 28, 2007, the parties filed a pleading entitled "Stipulation for Dismissal." The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the stipulation in its entirety (Docket No. 13) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court